Decided September 18, 1996

## STATE OF CONNECTICUT *v.* JAMES D. LINLEY

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 917 (AC 15190), is denied.

*Michael S. Hillis*, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided September 18, 1996

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 1 (AC 14094), is denied.

Decided September 18, 1996